**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1135**

———————

BRENDA MATTINGLY NORMAN, formerly known as
Brenda C. Mattingly,

Plaintiff - Appellant,

versus

PRINCE GEORGE'S COUNTY, MARYLAND,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  J. Frederick Motz, Chief District Judge;
Deborah K. Chasanow, District Judge.  (CA-97-3040-JFM)

———————

Submitted:  September 30, 1999      Decided:  February 28, 2000

———————

Before WILLIAMS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Mindy Gae Farber, David K. Heasley, JACOBS, JACOBS & FARBER, Rock-
ville, Maryland, for Appellant.  Sean D. Wallace, County Attorney,
Rhonda L. Weaver, Associate County Attorney, Upper Marlboro, Mary-
land, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the defendant on the plaintiff's action under the Americans with Disabilities Act, 42 U.S.C.A. §§ 12101-12213 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Norman v. Prince George's County</u>, No. JFM-97-3040 (D. Md. Jan. 5, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>